**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

TONY A. PASSAFUME,

        Plaintiff,

v.                                                             Case No: 6:16-cv-1058-Orl-40GJK

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Appeal from a final decision of the Commissioner of Social Security, denying his application for Social Security disability insurance benefits and Supplemental Security Income payments (Doc. 1) filed on June 17, 2016. The United States Magistrate Judge has submitted a report recommending that the final decision be AFFIRMED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed May 2, 2017 (Doc. 20), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The final decision of the Commissioner of Social Security is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of the Commissioner of Social Security and close the file.

**DONE AND ORDERED** in Orlando, Florida on May 17, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties